**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02880-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

CARL RAYMONDE,

   Plaintiff,

v.

JEREMY SIBERT, Assistant US Attorney,
JEFFREY RUSSELL, A.T.F. Agent,
JOEL BELL,
DENVER POLICE OFFICER,
1-20 UNKNOWN LAW ENFORCEMENT OFFICER, and
RICHARD BANTA, Attorney-at-Law, All in Their Individual Capacities,

   Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff, Carl Raymonde, is a federal prisoner housed in the State of Colorado. Mr. Raymond has submitted two pleadings titled, "Bivens Action Against Defendants that Violated Raymonde's Constitutional Rights of Due Process Clause of the Constitution and the Bill of Rights," a " Motion to Amend Additional Defendant . . . ," a Motion to Proceed Without Cost, Fees and Expenses, a Motion for Temporary Restraining Order, a Motion for Temporary Injunction, and an Application for Appointment of Counsel.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr. Raymonde will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Raymonde files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing **certified copy** of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) __ is missing certified statement showing current balance in prison account
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the Court's current form)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _X_ is not on proper form (must use the Court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other:

Accordingly, it is

ORDERED that Mr. Raymonde cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Raymonde files in

response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Raymonde shall obtain the Court-approved form used in filing a 28 U.S.C. § 1915 Motion, if necessary, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Mr. Raymonde fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice. It is

FURTHER ORDERED that the Motion to Amend, ECF No. 4, is denied as unnecessary. It is

FURTHER ORDERED that the Application for Appointment of Counsel, ECF No. 8, is denied as premature.

DATED October 25, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland  
United States Magistrate Judge