IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02880-BNB

CARL RAYMONDE,

    Plaintiff,

v.

JEREMY SIBERT, Assistant US Attorney,
JEFFREY RUSSELL, A.T.F. Agent,
JOEL BELL,
DENVER POLICE OFFICER,
1-20 UNKNOWN LAW ENFORCEMENT OFFICER, and
RICHARD BANTA, Attorney-at-law, All in Their Individual Capacities,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Carl Raymonde, is a federal prisoner housed in the State of Colorado. Plaintiff initiated this action *pro se* by submitting to the Court the following: (1) two pleadings titled "Bivens Action Against Defendants that Violated Raymonde's Constitutional Rights of Due Process Clause of the Constitution and the Bill of Rights"; (2) a "Motion to Amend Additional Defendant . . . "; (3) a "Motion to Proceed Without Cost, Fees and Expenses"; (4) a "Motion for Temporary Restraining Order . . ."; (4) a Motion for Temporary Injunction . . ."; and (5) an "Application for Appointment of Counsel . . ."; On October 25, 2013, Magistrate Judge Boyd N. Boland entered an order and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to submit his claims and his request to proceed pursuant to § 1915 on proper Court-approved forms. Plaintiff was

warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 13, 2013, Magistrate Judge Boland granted Plaintiff an extension of time to comply with the October 25 Order. Plaintiff has failed to comply with the October 25 Order within the time granted for an extension. The Court, therefore, will dismiss the action.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  23rd  day of    December   , 2013.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court